UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 09-20869-CIV-GRAHAM/TORRES

FRANCISCO TORNA,
JULIO C. SENECA and all others
similarly situated under 29 USC 216(B),

       Plaintiffs,

vs.

WING TRANSPORTATION CORP.
G&M TRANSPORTATION, INC.
GILBERTO MARTIN
DOLORES MARTIN
LOGISTICARE SOLUTIONS, LLC
RED TOP TRANSPORTATION, INC.

       Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT

Defendants, Wing Transportation Corp., G&M Transportation, Inc., Gilberto Martin, and Dolores Martin (collectively referred to herein as "Defendants"), answer the Amended Complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted Wing Transportation Corp. and G & M Transportation Corp. are corporations that are located in Miami-Dade County. Denied as to all other allegations in paragraph 3.

4. Denied.

5. Denied.

6. Admitted.



Case 1:09-cv-20869-EGT   Document 21   Entered on FLSD Docket 05/14/2009   Page 2 of 6

*Torna v. Wing Transportation et al.*
Case No. 09-20869
Answer and Affirmative Defenses to Amended Complaint
Page 2 of 6

7. Admitted.

8. Admitted as to language in statutes, denied that law applies to Plaintiffs.

9. Admitted as to language in statutes, denied that law applies to Plaintiffs.

10. Admitted Plaintiffs were patient drivers for elderly patients, denied all other allegations in paragraph 10.

11. Denied.

12. Denied.

13. Denied.

14. Any allegation not specifically admitted is denied by Defendants.

## AFFIRMATIVE DEFENSES

As and for its Affirmative Defenses, Defendants state as follows:

1. Defendants did not act willfully and with intent to deprive Plaintiffs of any compensation owed to them under the provisions of the FLSA.

2. Defendants are not joint employers or individual employers of Defendants as defined by the FLSA, and thus Defendants are not liable for Plaintiffs' claims.

3. Defendants at all times acted in good faith and with reasonable grounds for believing that Plaintiffs were being paid properly, and that they were exempt under the FLSA and they had not violated the FLSA.

4. Plaintiffs are not entitled to relief because they did not engage in trade, commerce, transportation, transmission, or communication among the several states or between any



Case 1:09-cv-20869-EGT   Document 21   Entered on FLSD Docket 05/14/2009   Page 3 of 6

*Torna v. Wing Transportation et al.*
Case No. 09-20869
Answer and Affirmative Defenses to Amended Complaint
Page 3 of 6

state and any place outside thereof. Plaintiffs fail to meet the requirements of 29 U.S.C. §203(b), and therefore are not entitled to relief.

5. Defendants did not have employees engaged in commerce or in the production of goods for commerce and did not have employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. Plaintiffs fail to meet the requirements of 29 U.S.C. 203(s), and therefore are not entitled to relief.

6. Plaintiffs were compensated on a day rate. Therefore, 29 CFR §778.112 applies to the extent Plaintiffs are entitled to overtime wages, if any.

7. The living wage ordinance does not apply to Defendants because Defendants are not service contractors under the ordinance.

8. Plaintiffs claim is barred in part by the statute of limitations.

9. To the extent the living wage ordinance is deemed to apply, Plaintiffs are not entitled to liquidated damages for payments due under the living wage ordinance.

10. Defendants paid Plaintiff all monies owed per the agreement between Plaintiff and Defendants.

11. All or part of the time for which Plaintiff seeks compensation in the actions does not constitute compensable working time.

12. Plaintiffs have been paid for all time worked by them, and were paid for all time Defendants knew or should have known Plaintiffs worked. Plaintiffs never reported to Defendants working hours for which they were not properly compensated.



Case 1:09-cv-20869-EGT   Document 21   Entered on FLSD Docket 05/14/2009   Page 4 of 6

*Torna v. Wing Transportation et al.*
Case No. 09-20869
Answer and Affirmative Defenses to Amended Complaint
Page 4 of 6

13. Defendants are entitled to a credit/set-off for any compensation paid to Plaintiff to which he was not otherwise entitled.

14. The Complaint fails to state a claim against Defendants upon which liquidated damages can be awarded.

15. The Complaint fails to state a claim against Defendants upon which attorneys' fees or costs can be awarded.

16. Defendants reserve the right to amend, correct or supplement these defenses.

17. Defendants demand attorneys fees and costs against Plaintiffs and their counsel for defending against this wholly frivolous claim.

Respectfully submitted,

HANKINS & ATOR, PL
Attorneys for Plaintiff
371 North Royal Poinciana Boulevard
Miami Springs, FL 33166
Telephone: (305) 863-8525
Telecopier: (305) 863-8535

By: /s/ *Robyn S. Hankins*   .
    Jennifer J. Ator
    jja@hankinsator.com
    Florida Bar No. 0120911
    Robyn S. Hankins
    rsh@hankinsator.com
    Florida Bar No. 0008699



*Torna v. Wing Transportation et al.*
Case No. 09-20869
Answer and Affirmative Defenses to Amended Complaint
Page 5 of 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

By: */s/ Robyn S. Hankins   .*
Jennifer J. Ator

HANKINS & ATOR
ATTORNEYS AT LAW

*Torna v. Wing Transportation et al.*
Case No. 09-20869
Answer and Affirmative Defenses to Amended Complaint
Page 6 of 6

**SERVICE LIST**

Daniel T. Feld, Esq.
J.H. Zidell, PA
300 71st Street #605
Miami Beach, Florida 33141
305-865-6766
305-865-7167 (f)
Email: danielfeld.esq@gmail.com

Diane Wagner Katzen, Esq.
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 S Biscayne Boulevard, Suite 1000
Miami, FL 33131
305-373-
305-373-4099 (f)
Email: dkatzan@richmangreer.com

Jennifer J. Ator, Esq.
Hankins & Ator, PA
371 North Royal Poinciana Blvd.
Miami Springs, Florida 33166
305-863-8525
305-863-8535 (f)
Email: jja@hankinsator.com

